**Electronically Filed
Supreme Court
SCPW-20-0000567
06-OCT-2020
01:59 PM**

SCPW-20-0000567

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KIPP HAOLE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

Upon consideration of petitioner Kipp Haole's petition for writ of habeas corpus, filed on September 16, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek the requested relief. See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976) ("[The supreme] court will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction."). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fees.

DATED: Honolulu, Hawaiʻi, October 6, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Catherine H. Remigio